IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

MALIK MACK,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

_____/

Case No.  5D21-2810
LT Case Nos. 2020-CF-000469-A
              2020-CF-000257-B
              2020-CF-002366-A

Decision filed August 16, 2022

Appeal from the Circuit Court
for Marion County,
Lisa D. Herndon, Judge.

Matthew J. Metz, Public Defender,
and Allison A. Havens, Assistant
Public Defender, Daytona Beach, for
Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Daniel P. Caldwell,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

      AFFIRMED.

EDWARDS, EISNAUGLE and WOZNIAK, JJ., concur.